Mohan *v.* Union Fidelity Life Insurance
Company, Appellant.

Argued December 17, 1965. Before Ervin, P. J.,
Wright, Watkins, Montgomery, Jacobs, and Hoff-
man, JJ. (Flood, J., absent).

206

*Lee B. Sacks,* with him *Samuel I. Sacks,* for appellant.

*Benjamin Pomerantz,* for appellee.

OPINION PER CURIAM, February 1, 1966:

The judgment of Common Pleas Court No. 6 of Philadelphia County is affirmed on the opinion of President Judge JOSEPH SLOANE for the court below, reported at 38 Pa. D. & C. 2d 401.

MONTGOMERY, J., dissents.